PD-1341-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/11/2015 11:26:07 AM
Accepted 6/15/2015 7:49:03 AM
ABEL ACOSTA
CLERK

# No. PD-1341-14

-----

## IN THE COURT OF CRIMINAL APPEALS
## OF TEXAS

-----

### STACY STINE CARY,
Appellant,

v.

### THE STATE OF TEXAS,
Appellee.

-----

On Appeal from the Court of Appeals, Fifth District of Texas at Dallas
Court of Appeals No. 05-12-01421-CR

-----

## STATE'S <u>UNOPPOSED</u> MOTION FOR AN EXTENSION OF TIME
## TO FILE THE STATE'S BRIEF

-----

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

EDWARD L. MARSHALL
Chief, Criminal Appeals Division

ADRIENNE McFARLAND
Deputy Attorney General
for Criminal Justice

**\*JOSEPH P. CORCORAN**
Assistant Attorney General
Supervising Attorney
for Non-Capital Appeals
Criminal Appeals Division
State Bar No. 00793549
Joseph.Corcoran@TexasAttorneyGeneral.gov

P. O. Box 12548, Capitol Station
Austin, Texas 78711
Telephone: (512) 936-1400
Facsimile: (512) 936-1280

**\*Lead Appellate Counsel**

-----

ATTORNEYS FOR THE STATE

**TO THE HONORABLE JUSTICES OF THE COURT OF CRIMINAL APPEALS**:

COMES NOW, the State of Texas and files this, the State's Motion for an Extension of Time to File the State's Brief, and respectfully shows the following:

I.

Appellant, Stacy Stine Cary, filed her opening brief in this appeal on May 19, 2015, and the State's brief in response is presently due Thursday, June 18, 2015.

II.

The State hereby requests an extension of **twenty-nine days** to file its brief, extending the new deadline to **Friday, July 17, 2015**. This is the State's first extension request.

III.

As justification for this request, the undersigned attorney was out-of-the-country on a pre-paid vacation from May 20, until May 30, 2015. Moreover, and as additional justification, in the last two weeks the undersigned (as the non-capital appellate supervisor for the Criminal Appeals Division of the Texas Attorney General), was required to review several non-extendible pleadings, due to be filed in both the United

States Court of Appeals for the Fifth Circuit, and the federal district courts of Texas. This request is not designed to harass Appellant, nor to unnecessarily delay these proceedings, but to ensure that Appellant's legal arguments are properly addressed.

The undersigned conferred with Appellant's counsel of record on June 10, 2015, who is *unopposed* to this motion.

WHEREFORE, PREMISES CONSIDERED, the State of Texas respectfully requests an extension of time to file its brief up to and including **Friday, July 17, 2015**.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

ADRIENNE McFARLAND
Deputy Attorney General
for Criminal Justice

EDWARD L. MARSHALL
Chief, Criminal Appeals Division


/s/ Joseph P. Corcoran
*Lead Counsel            JOSEPH P. CORCORAN*
Assistant Attorney General
Supervising Attorney
 for Non-Capital Appeals
Criminal Appeals Division
State Bar No. 00793549
Joseph.Corcoran@TexasAttorneyGeneral.gov

P.O. Box 12548, Capitol Station
Austin, Texas  78711-2548
Telephone: (512) 936-1400
Facsimile: (512) 936-1280

ATTORNEYS FOR THE STATE

4

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Mr. John Helms prior to the filing of this motion, and he indicated that he did not oppose the extension.

/s/ Joseph P. Corcoran
JOSEPH P. CORCORAN
Assistant Attorney General

## CERTIFICATE OF SERVICE

Pursuant to Rule 9.5(b)(1) of the Texas Rules of Appellate Procedure, I do hereby certify that if the email address of attorneys designated below is on file with the electronic filing manager, a true and correct copy of the foregoing notice was served electronically by that electronic filing manager, on the following attorneys via electronic mail:

John Michael Helms Jr.
Attorney for Appellant

Moreover, I do hereby certify that if the email addresses for the designated attorneys are not on file with the electronic filing manager, a true and correct copy of the foregoing pleading was served by email, addressed to:

John Michael Helms Jr.
john@johnhelmslaw.com

/s/ Joseph P. Corcoran
JOSEPH P. CORCORAN
Assistant Attorney General